UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
January 21, 2020
David J. Bradley, Clerk

| | |
|---|---|
| Samira Zaheer, § | |
| § | |
| Plaintiff, § | |
| § | |
| versus § | Civil Action H-19-1942 |
| § | |
| Saks & Company, LLC, § | |
| § | |
| Defendant. § | |

## Conditional Dismissal

1. Having been advised that the parties have settled, this case is dismissed with prejudice.

2. By February 7, 2020, the parties may move for reinstatement.

Signed on January 21, 2020, at Houston, Texas.

Lynn N. Hughes
United States District Judge